# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Electric Power Supply Association, et al.

                          Plaintiff,

v.                                                    Case No.: 1:17–cv–01164
                                                               Honorable Manish S. Shah

Anthony M Star, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 10, 2017:

      MINUTE entry before the Honorable Manish S. Shah: The motions for leave to appear pro hac vice [40] [41] are granted. Andrew Swers and Richard Douglass are added as counsel of record for PJM Interconnection, L.L.C. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.