**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Electric Power Supply Association, et al.

                                  Plaintiff,

v.                                                 Case No.: 1:17–cv–01164
                                                        Honorable Manish S. Shah

Anthony M Star, et al.

                                  Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, April 11, 2017:


      MINUTE entry before the Honorable Manish S. Shah: The minute entry [45] dated 4/10/17 is amended to read that Andrew Swers and Paul Flynn are added as counsel of record for PJM Interconnection, L.L.C. Notices mailed. (psm, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.