UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELECTRIC POWER SUPPLY ASSOCIATION, *et al.* <br><br> Plaintiff, <br><br> v. <br><br> ANTHONY M. STAR, *et al.*, <br><br> Defendants. | No. 17 CV 1164 <br><br> Judge Manish S. Shah <br><br> Magistrate Judge Susan E. Cox |

**PLAINTIFFS', DEFENDANTS', AND INTERVENOR'S JOINT SUBMISSION OF NEW YORK HEARING TRANSCRIPT**
\*\*\*

As requested by the Court at the hearing of April 13, 2017, the parties hereby file as Exhibit A the transcript of the hearing of March 29. 2017, before Judge Valerie Caproni, United States District Court for the Southern District of New York, in case no. 1:16-CV-8164 (VEC/KNF).


Dated: April _, 2017

Respectfully submitted,

/s/ Leonard A. Gail

Jonathan D. Schiller (*pro hac vice*)
David A. Barrett (*pro hac vice*)
BOIES SCHILLER & FLEXNER, LLP
575 Lexington Avenue, 7th Floor
New York, NY 10022
Telephone: (212) 446-2300
jschiller@bsfllp.com
dbarrett@bsfllp.com

Jonathan S. Massey (*pro hac vice*)
MASSEY & GAIL, LLP
1325 G Street, NW
Suite 500
Washington, DC 20005
Telephone: (202) 652-4511
jmassey@masseygail.com

Stuart H. Singer (*pro hac vice*)
William T. Dzurilla (*pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
ssinger@bsfllp.com
wdzurilla@bsfllp.com

Leonard A. Gail
Suyash Agrawal
Paul J. Berks
MASSEY & GAIL, LLP
50 East Washington Street
Suite 400
Chicago, IL 60602
Telephone: (312) 283-1590
jmassey@masseygail.com
lgail@masseygail.com
sagrawal@masseygail.com
pberks@masseygail.com

Edward J. Normand (*pro hac vice*)
Jason C. Cyrulnik (*pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
enormand@bsfllp.com
jcyrulnik@bsfllp.com

*Attorneys for Plaintiffs*

/s/ Matthew E. Price
Matthew E. Price*
David W. DeBruin*
Zachary C. Schauf*
William K. Dreher*
JENNER &BLOCK LLP
1099 New York Ave. NW, Suite 900
Washington, DC 20001
(202) 639-6873
 mprice@jenner.com

Gabriel A. Fuentes
JENNER &BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
(312) 222-9350
gfuentes@jenner.com

*Attorneys for Intervenor Exelon Generation Company, LLC*

2

| | |
|---|---|
| Richard S. Huszagh<br>*rhuszagh@atg.state.il.us*<br>Assistant Attorney General<br>100 W. Randolph St., 12th Floor<br>Chicago, IL 60601<br>(312) 814-2587 | /s/ *Thomas Ioppolo*<br>Thomas Ioppolo<br>*tioppolo@atg.state.il.us*<br>Assistant Attorney General<br>100 W. Randolph St., 11th Floor<br>Chicago, IL 60601<br>(312) 814-7198 |

*Attorneys for Defendants*