IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELECTRIC POWER SUPPLY ASSOCIATION, DYNEGY INC., EASTERN GENERATION LLC, NRG ENERGY, INC., and CALPINE CORPORATION,<br><br>     Plaintiffs,<br><br> v.<br><br>ANTHONY M. STAR, in his official capacity as Director of the Illinois Power Agency, and BRIEN J. SHEAHAN, JOHN R. ROSALES, SADZI MARTHA OLIVA, MIGUEL DEL VALLE, and SHERINE MAYE EDWARDS, in their official capacities as Commissioners of the Illinois Commerce Commission,<br><br>     Defendants. | Case No. 1:17-cv-01164<br><br>Judge Manish S. Shah<br><br>Magistrate Judge Susan E. Cox |

**MIDCONTINENT INDEPENDENT SYSTEM OPERATOR, INC.'S
CORPORATE DISCLOSURE STATEMENT**

  Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, Midcontinent Independent System Operator, Inc. ("MISO") states the following: MISO is a not-for-profit corporation organized under section 501(c)(4) of the Internal Revenue Code. MISO has no parent corporations and no publicly issued stock shares or securities. No publicly held entity owns more than 5% of MISO.

              MIDCONTINENT INDEPENDENT
              SYSTEM OPERATOR, INC. (MISO)

              By: /s/ Charles E. Harper
                 One of its attorneys

Charles E. Harper (ARDC #6269908)
Adam T. Margolin (ARDC #6288386)
QUARLES & BRADY LLP
300 North LaSalle Street, Suite 4000
Chicago, IL 60654
(312) 715-5000 | (312) 715-5155 (fax)
charles.harper@quarles.com
adam.margolin@quarles.com

QB\45299303.1