# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Electric Power Supply Association, et al.

                                Plaintiff,

v.                                              Case No.: 1:17−cv−01164

                                                     Honorable Manish S. Shah

Anthony M Star, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 26, 2017:

       MINUTE entry before the Honorable Manish S. Shah: The motions for leave to file amicus briefs [82] [85] are granted. There is no need for the briefs to be filed as separate entries on the court's docket. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.