**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| VILLAGE OF OLD MILL CREEK,<br>et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 17 C 1163 |
| | ) | |
| v. | ) | Judge Manish Shah |
| | ) | |
| ANTHONY M. STAR, in his official capacity as<br>Director of the Illinois Power Agency, | ) | Magistrate Judge Susan Cox |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| ELECTRIC POWER SUPPLY ASS'N, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 17 C 1164 |
| | ) | |
| v. | ) | Judge Manish Shah |
| | ) | |
| ANTHONY M. STAR, in his official capacity as<br>Director of the Illinois Power Agency, et al., | ) | Magistrate Judge Susan Cox |
| | ) | |
| Defendants. | ) | |

**<u>UNOPPOSED MOTION FOR EXTENSION OF TIME</u>**

The defendants, by their attorney, Lisa Madigan, Attorney General of Illinois, move the

Court for an extension of time of two days, from May 15 to May 17, 2017, to file their reply

briefs in support of the pending motions to dismiss in these two related cases. Defendants'

counsel is required to seek this extension because of commitments in other cases.

Defendants have discussed this motion with counsel for plaintiffs and counsel for

intervenor. None of the other parties have an objection. Plaintiffs have indicated their agreement

is based on the assumption that the current status hearing date of May 22, 2017, will remain

unchanged. We assume that this short extension will not require modification of that status

hearing date.

Respectfully submitted,

/s/*Thomas A. Ioppolo* __

**LISA MADIGAN**
Attorney General of Illinois

Thomas A. Ioppolo
Assistant Attorney General
General Law Bureau
100 West Randolph Street, 13th Floor
Chicago, IL 60601
(312) 814-7198
tioppolo@atg.state.il.us