IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VILLAGE OF OLD MILL CREEK, et al., ) ) ) | | |
| Plaintiffs, ) ) | No. 17 C 1163 | |
| v. ) ) | Judge Manish Shah | |
| ANTHONY M. STAR, in his official capacity as Director of the Illinois Power Agency, ) ) ) | Magistrate Judge Susan Cox | |
| Defendant. ) | | |

_____

| | | |
|---|---|---|
| ELECTRIC POWER SUPPLY ASS'N, et al., ) ) | | |
| Plaintiffs, ) ) | No. 17 C 1164 | |
| v. ) ) | Judge Manish Shah | |
| ANTHONY M. STAR, in his official capacity as Director of the Illinois Power Agency, et al., ) ) ) ) | Magistrate Judge Susan Cox | |
| Defendants. ) | | |

**NOTICE OF MOTION**

To: **All Parties of Record**

PLEASE TAKE NOTICE that on May 22, 2017, at 9:45 a.m. or as soon thereafter as counsel may be heard, I shall appear before Judge Manish Shah, in Room 1719 of the U.S. District Court for the Northern District of Illinois, Eastern Division, and shall then and there present the attached **UNOPPOSED MOTION FOR EXTENSION OF TIME**, a copy of which is hereby served upon you.

LISA MADIGAN
Attorney General of Illinois

s/Thomas A. Ioppolo
THOMAS A. IOPPOLO
Assistant Attorney General
General Law Bureau
100 W. Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-7198

**CERTIFICATE OF SERVICE**

  The undersigned, an attorney, hereby certifies that on May 11, 2017, he caused to be filed through the Court's CM/ECF system the foregoing document, a copy of which will be electronically e-mailed to the parties of record.

  s/Thomas A. Ioppolo