IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VILLAGE OF OLD MILL CREEK, FERRITE INTERNATIONAL COMPANY, GOT IT MAID, INC., NAFISCA ZOTOS, ROBERT DILLON, RICHARD OWENS, And ROBIN HAWKINS, both individually and d/b/a ROBIN'S NEST, <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br> ANTHONY M. STAR, in his official capacity as Director of the Illinois Power Agency, <br><br>　　　　Defendant. | Case No. 1:17-cv-01163 <br><br> District Judge Manish S. Shah |
| ELECTRIC POWER SUPPLY ASSOCIATION, DYNEGY INC., EASTERN GENERATION LLC, NRG ENERGY, INC., and CALPINE CORPORATION, <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br> ANTHONY M. STAR, in his official capacity as Director of the Illinois Power Agency, and BRIEN J. SHEAHAN, JOHN R. ROSALES, SADZI MARTHA OLIVA, MIGUEL DEL VALLE, and SHERINA MAYE EDWARDS, in their official capacities as Commissioners of the Illinois Commerce Commission, <br><br>　　　　Defendants. | Case No. 1:17-cv-01164 <br><br> District Judge Manish S. Shah |

**INTERVENOR EXELON GENERATION COMPANY, LLC'S
<u>NOTICE OF MOTION</u>**

TO:　　See Attached Service List

PLEASE TAKE NOTICE that on the 12th day of July, 2017, at 9:45 a.m., I shall appear before the Honorable Manish S. Shah in Room 1719, United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois 60604, and then and there present the attached **Unopposed Motion to Submit Supplementary Authority**, a copy of which is hereby served upon you.

Dated: June 30, 2017

Respectfully submitted,

By:  /s/ Matthew E. Price

Gabriel A. Fuentes
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
(312) 222-9350
gfuentes@jenner.com

Matthew E. Price*
David W. DeBruin*
Zachary C. Schauf*
William K. Dreher*
JENNER & BLOCK LLP
1099 New York Ave. NW, Suite 900
Washington, DC 20001
(202) 639-6873
mprice@jenner.com

\* Admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

      I, Matthew E. Price, an attorney, hereby certify that on June 30, 2017, the attached **Unopposed Motion to Submit Supplementary Authority** was filed electronically with the United States District Court for the Northern District of Illinois, Eastern Division. Notice of this filing will be sent electronically to the following parties by operation of the Court's electronic filing system. Parties and interested persons may access this filing through the Court's system:

*Attorneys for Plaintiffs Electric Power Supply Association, Dynegy Inc., Eastern Generation, LLC, NRG Energy, Inc., and Calpine Corporation*

**Leonard A. Gail**
**Paul Berks**
**Suyash Agrawal**
Massey & Gail
50 East Washington Street
Suite 400
Chicago, IL 60602
(312) 283-1590
Email: lgail@masseygail.com
Email: pberks@masseygail.com
Email: sagrawal@masseygail.com

**Stuart Singer**
**William T Dzurilla**
Boies, Schiller & Flexner LLP
401 E. Las Olas Boulevard
Suite 1200
Fort Lauderdale, FL 33301
(954) 356-0011
Email: ssinger@bsfllp.com
Email: wdzurilla@bsfllp.com

**David A. Barrett**
**Jonathan David Schiller**
Boies, Schiller & Flexner LLP
7th Floor
575 Lexington Avenue
New York, NY 10022
(212) 446-2300
Email: dbarrett@bsfllp.com
Email: jschiller@bsfllp.com

**Edward J Normand**
**Jason C Cyrulnik**
Boies, Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504
(914) 749-8200
Email: enormand@bsfllp.com
Email: jcyrulnik@bsfllp.com

**Jonathan Massey**
Massey & Gail LLP
1325 G Street NW
Suite 500
Washington, DC 20005
(202) 652-4511
Email: jmassey@masseygail.com

*Attorneys for Plaintiffs Village of Old Mill Creek; Ferrite International Company; Nafisca Zotos; Got It Maid, Inc.; Richard Owens; Robert Dillon; and Robin Hawkins, both individually and d/b/a Robin's Nest*

**Patrick N. Giordano**
Giordano & Associates, LTD
1710 Wesley Avenue
Evanston, IL 60201
(847) 905-0703
Email: patrickgiordano@dereglaw.com

**Paul G. Neilan**
Dykema Gossett PLLc
10 South Wacker Drive
Suite 2300
Chicago, IL 60606
(847) 266-0464
Email: pgneilan@energy.law.pro

**Stuart Jay Chanen**
Valorem Law Group LLC
218 N. Jefferson Street
Suite 300
Chicago, IL 60661
(312) 676-5460
Email: stuart.chanen@valoremlaw.com


*Attorneys for Defendants Anthony M. Starr, Brien J. Sheahan, John R. Rosales, Sadzi Martha Oliva, Miguel del Valle, and Sherina Maye Edwards*

**Thomas A. Ioppolo**
**Richard S. Huszagh**
Illinois Attorney General's Office (100 West Randolph)
100 West Randolph Street
13th Floor
Chicago, IL 60601
(312)814-7198
Email: tioppolo@atg.state.il.us
         rhuszagh@atg.state.il.is

*Attorneys for Amicus Natural Resources Defense Council*

**Ann Alexander**
Natural Resources Defense Council
Midwest Program
20 North Wacker Drive
Suite 1600
Chicago, IL 60606
312-651-7905
Email: aalexander@nrdc.org

**Miles Belin Farmer**
Natural Resources Defense Council
40 W. 20th St.
New York, NY 10011
(212) 727-4634
Email: mfarmer@nrdc.org

*Attorney for Amicus Respiratory Health Association*

**Joel Africk**
Respiratory Health Association
1440 W. Washington Blvd.
Chicago, IL 60607
(312) 628-0220
Email: jafrick@lungchicago.org

*Attorney for Amicus Elevate Energy*

**Anne McKibbin**
Elevate Energy
322 S. Green Street
Suite 300
Chicago, IL 60607
773-269-2225
Email: anne.mckibbin@elevateenergy.org

*Attorney for Amicus Environmental Defense Fund*

**Michael Panfil**
Environmental Defense Fund
1875 Connecticut Avenue NW
Washington, DC 20009
202 572 3280
Email: mpanfil@edf.org

*Attorneys for Amicus American Wind Energy Association*

**Emily Newhouse Dillingham**
Arnold & Porter Kaye Scholer LLP
70 West Madison Street
Suite 4200
Chicago, IL 60602
312 583-2435
Email: Emily.Dillingham@apks.com

**Julia Dreyer**
American Wind Energy Association
Suite 1000
1501 M St., NW
Washington, DC 20005
(202) 383-2520
Email: jdreyer@awea.org

*Attorney for Amicus Monitoring Analytics, Inc.*

**Jeffrey Mayes**
Monitoring Analytics Llc
2621 Van Buren Avenue
Suite 160
Eagleville, PA 19403
(610) 271-8050
Email: jeffrey.mayes@monitoringanalytics.com

*Attorneys for Amicus PJM Interconnection, L.L.C.*

**Paul M. Flynn**
**Andrew T. Swers**
Wright & Talisman, P.C.
1200 G Street, NW
Suite 600
Washington, DC 20005
(202) 393-1200
Email: flynn@wrightlaw.com
Email: swers@wrightlaw.com

**Richard George Douglass**
Novack and Macey LLP
100 N. Riverside Plaza
Chicago, IL 60606
(312) 419-6900
Email: rdouglass@novackandmacey.com

**Vincent Duane**
PJM Interconnection, L.L.C.
2750 Monroe Boulevard
Audubon, PA 19403
(610) 666-4367
Email: Vincent.Duane@pjm.com

*Attorney for Amicus Citizens Utility Board*

**Kristin Munsch**
Citizens Utility Board
309 W. Washington Street
Suite 800
Chicago, IL 60606
(312) 263-4282
Email: kmunsch@citizensutilityboard.org

*Attorneys for Amicus Midcontinent Independent System Operator, Inc.*

**Charles E. Harper , Jr.**
**Adam Todd Margolin**
Quarles & Brady LLP
300 N. LaSalle St.
Suite 4000
Chicago, IL 60654
(312) 715-5000
Email: charles.harper@quarles.com
Email: adam.margolin@quarles.com

*Attorneys for Amicus Environmental Law & Policy Center*

| | |
|---|---|
| **Howard Alan Learner** | **Robert J. Kelter** |
| **Bradley Klein** | Attorney at Law |
| Environmental Law and Policy Center | 3160 N. Lincoln Ave. |
| 35 East Wacker Drive | Suite 505 |
| Suite 1600 | Chicago, IL 60657 |
| Chicago, IL 60601 | (773) 519-5660 |
| (312) 673-6500 | Email: RKelter@elpc.org |
| Email: hlearner@elpc.org | |
| Email: BKlein@elpc.org | |

| | |
|---|---|
| Dated:  June 30, 2017 | By:  /s/ Matthew E. Price |