UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Electric Power Supply Association, et al.

Plaintiff,

v. 

Case No.: 1:17−cv−01164
Honorable Manish S. Shah

Anthony M Star, et al.

Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 30, 2017:

  MINUTE entry before the Honorable Manish S. Shah: The motion for leave to submit supplemental authority [101] is granted and no appearance is necessary on 7/12/17. Any party wishing to file a brief discussing the relevance of Allco Finance Limited v. Klee, No. 16−2946 (2d Cir. June 28, 2017), to this case must do so by 7/10/17. No responses or replies are permitted, and any briefs must be no more than 3 pages. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.