UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELECTRIC POWER SUPPLY ASSOCIATION, DYNEGY INC., EASTERN GENERATION, LLC, NRG ENERGY, INC., AND CALPINE CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> ANTHONY M. STAR, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE ILLINOIS POWER AGENCY, AND BRIEN J. SHEAHAN, JOHN R. ROSALES, SADZI MARTHA OLIVA, MIGUEL DEL VALLE, AND SHERINA MAYE EDWARDS, IN THEIR OFFICIAL CAPACITIES AS COMMISSIONERS OF THE ILLINOIS COMMERCE COMMISSION, <br><br> Defendants. | No. 17 CV 1164 <br><br> Judge Manish S. Shah |

**NOTICE OF APPEAL**

Plaintiffs Electric Power Supply Association, Dynegy Inc., Eastern Generation, LLC, NRG Energy, Inc., and Calpine Corporation hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Judgment and Memorandum Opinion and Order dated July 14, 2017 in this action granting the motions of Defendants and Intervenor Exelon to dismiss and denying Plaintiffs' motion for a preliminary injunction (Dkts. 107, 108), and from any preceding, related, or underlying orders, rulings, findings, and conclusions.

Respectfully submitted this 17th day of July, 2017.

BOIES SCHILLER FLEXNER LLP

By: __/s/ Stuart Singer_____

Stuart H. Singer (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
ssinger@bsfllp.com

Jonathan D. Schiller (*pro hac vice*)
Jonathan S. Massey (*pro hac vice*)          David A. Barrett (*pro hac vice*)
MASSEY & GAIL, LLP                            BOIES SCHILLER FLEXNER LLP
1325 G Street, NW                             575 Lexington Avenue, 7th Floor New York,
Suite 500                                     NY 10022
Washington, DC 20005                          Telephone: (212) 446-2300
Telephone: (202) 652-4511                     jschiller@bsfllp.com
jmassey@masseygail.com                        dbarrett@bsfllp.com

Leonard A. Gail                               Stuart H. Singer (*pro hac vice*)
Suyash Agrawal                                William T. Dzurilla (*pro hac vice*)
Paul J. Berks                                 BOIES SCHILLER FLEXNER LLP
MASSEY & GAIL, LLP                            401 East Las Olas Blvd., Suite 1200
50 East Washington Street                     Fort Lauderdale, FL 33301
Suite 400                                     Telephone: (954) 356-0011
Chicago, IL 60602                             ssinger@bsfllp.com
Telephone: (312) 283-1590                     wdzurilla@bsfllp.com
lgail@masseygail.com
sagrawal@masseygail.com                       Edward J. Normand (*pro hac vice*)
pberks@masseygail.com                         Jason C. Cyrulnik (*pro hac vice*)
                                              BOIES SCHILLER FLEXNER LLP
                                              333 Main Street
                                              Armonk, NY 10504
                                              Telephone: (914) 749-8200
                                              enormand@bsfllp.com jcyrulnik@bsfllp.com
Dated: July 17, 2017                          Attorneys for Plaintiffs